■  In the Matter of the Claim of FRANCIS F. ZAICK, Respondent, v. GENERAL ELECTRIC COMPANY, Appellant, and SPECIAL DISABILITY FUND, Respondent.  WORKMEN'S COMPENSATION BOARD, Respondent.—

Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.